```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :      24cr157-2(DLC)
               -v-                    :
                                      :          ORDER
ADAMA KARAMOKO,                       :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that change of plea is scheduled in this matter for June 13, 2024 at 12:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         June 12, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge